# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  DEBORAH A. BAKAZAN                                          Case Number: 07-72115
        10474 ALDRIDGE DRIVE            SSN-xxx-xx-2287
        HUNTLEY, IL  60142

                                                          Case filed on:              9/5/2007
                                                          Plan Confirmed on:
                                    X Converted  Unconfirmed

Total funds received and disbursed pursuant to the plan: $12,621.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ROBERT J. SEMRAD & ASSOCIATES | 3,814.00 | 3,814.00 | 3,814.00 | 0.00 |
|  | Total Legal | 3,814.00 | 3,814.00 | 3,814.00 | 0.00 |
|  |  |  |  |  |  |
| 999 | DEBORAH A. BAKAZAN | 0.00 | 0.00 | 4,338.57 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 4,338.57 | 0.00 |
|  |  |  |  |  |  |
| 002 | LITTON LOAN SERVICING | 959.84 | 959.84 | 0.00 | 0.00 |
| 003 | FORD MOTOR CREDIT CORP | 16,387.11 | 16,387.00 | 1,043.62 | 1,431.38 |
| 004 | HSBC AUTO FINANCE (f/k/a HOUSEHOLD AUTO) | 29,381.00 | 29,381.00 | 0.00 | 1,375.00 |
| 018 | AMERICAN TAX REDEMPTION CORP. | 4,802.00 | 4,802.00 | 0.00 | 0.00 |
|  | Total Secured | 51,529.95 | 51,529.84 | 1,043.62 | 2,806.38 |
|  |  |  |  |  |  |
| 001 | LITTON LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | FORD MOTOR CREDIT CORP | 0.00 | 0.11 | 0.00 | 0.00 |
| 004 | HSBC AUTO FINANCE (f/k/a HOUSEHOLD AUTO) | 744.72 | 744.72 | 0.00 | 0.00 |
| 005 | BREATHE EASY HOME RESPIRATORY | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CENTEGRA HEALTH SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CHASE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | DFS SERVICES LLC | 316.87 | 316.87 | 0.00 | 0.00 |
| 009 | GEMB / OLD NAVY | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | HSBC MASTERCARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | HSBC NV | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | HSBC / NAUTI | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | JC PENNEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ECAST SETTLEMENT CORPORATION | 2,958.29 | 2,958.29 | 0.00 | 0.00 |
| 015 | WELLS FARGO FINANCIAL | 252.92 | 252.92 | 0.00 | 0.00 |
| 016 | WFFINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | DAVID R. BAKAZAN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 4,272.80 | 4,272.91 | 0.00 | 0.00 |
|  |  |  |  |  |  |
|  | Grand Total: | 59,616.75 | 59,616.75 | 9,196.19 | 2,806.38 |

Total Paid Claimant:      $12,002.57
Trustee Allowance:        $618.43            Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:   0.00          discharging the trustee and the trustee's surety from any and all
                                        liablility on account of the within proceedings, and closing the estate,
                                        and for such other relief as is just.  Pursuant to FRBP, I hereby
                                        certify that the subject case has been fully administered.

        Report Dated:

                                        __/s/ Lydia S. Meyer_____
                                        Lydia S. Meyer, Trustee


        This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


        Dated at Rockford, IL  on 12/30/2008              By  _/s/Heather M. Fagan_